IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSICA PARNELL and MICHAEL R. JONES,

    Plaintiffs,

  v.

COUNTY OF DEL NORTE, et al.,

    Defendants.
                                      /

No. C 09-04074 JSW

**ORDER TO SHOW CAUSE**

On December 3, 2009, the Court directed the parties are directed to meet and confer regarding reassignment and to file, on or before December 17, 2009, a letter stating whether or not the parties request reassignment of this matter to Magistrate Judge Vadas. Defendants filed a notice of consent on December 15, 2009. However, Plaintiffs have not filed a response to the Court's order. Therefore, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE in writing no later than January 8, 2010, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order by January 8, 2010 shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: December 23, 2009

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE