IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA PARNELL and MICHAEL R. JONES,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF DEL NORTE, et al.,<br><br>Defendants. | No. C 09-04074 JSW<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE AND (2) REFERRING CASE TO MAGISTRATE JUDGE** |

The Court HEREBY DISCHARGES the Order to Show Cause. Pursuant to Civil Local Rule 72-1 and to the parties' unanimous consent, the above-captioned matter is HEREBY REFERRED to Magistrate Judge Nandor J. Vadas for all purposes.

**IT IS SO ORDERED.**

Dated: January 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom