John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA PARNELL and MICHAEL R. JONES,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF DEL NORTE; DEL NORTE COUNTY SHERIFF'S OFFICE; DEAN WILSON; STEVE MORRIS; SETH CIMINO; JOE GARCIA; MIKE HENDERSON and DOES 1 through 10, Inclusive,<br><br>    Defendants. | CASE NO.: C 09-04074 NJV (JL)<br><br>[~~PROPOSED~~] ORDER |

The Court hereby GRANTS the County of Del Norte's request that Sergeant Steve Morris, Mike Henderson and Sheriff Wilson be excused from attending the Settlement Conference scheduled in the above-entitled matter.

DATED: July 27, 2010     _____
                          MAGISTRATE JUDGE JAMES LARSON