Karen D. Olson, CSB #207995
Attorney at Law
431 H Street, Ste. A
Crescent City, CA 95531
*Attorney for Plaintiffs*

John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JESSICA PARNELL and MICHAEL R. JONES,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF DEL NORTE; DEL NORTE COUNTY SHERIFF'S OFFICE; DEAN WILSON; STEVE MORRIS; SETH CIMINO; JOE GARCIA; MIKE HENDERSON and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | CASE NO.: C 09-04074 NJV<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO AMEND COMPLAINT**<br><br>**(Trial: April 12, 2011)** |

0
**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
ON PLAINTIFFS' MOTION TO AMEND COMPLAINT**

1 | IT IS HEREBY STIPULATED BY AND BETWEEN Defendants COUNTY OF DEL NORTE; DEL NORTE COUNTY SHERIFF'S OFFICE; DEAN WILSON; STEVE MORRIS; SETH CIMINO; JOE GARCIA; MIKE HENDERSON and plaintiffs JESSICA PARNELL and MICHAEL R. JONES, through their respective attorneys of record, as follows:

On October 5, 2010, plaintiffs JESSICA PARNELL and MICHAEL R. JONES filed a Notice of Motion & Motion to Amend Complaint.  The hearing on this Motion was scheduled to take place on November 16, 2010, at 1:00 p.m.

Due to unforeseen circumstances, defendants have requested a continuance of the hearing of plaintiffs' Motion to Amend Complaint, and plaintiffs have agreed to this continuance.  It is respectfully requested that the hearing on November 16, 2010 be VACATED and continued to **December 7, 2010**, at **10:00 a.m.**

DATED:  October 22, 2010            LAW OFFICE OF KAREN OLSON

                                    By  /s/ Karen Olson
                                        Karen Olson
                                        Attorneys for Plaintiff

DATED:  October 22, 2010            MITCHELL, BRISSO, DELANEY & VRIEZE

                                    By:  /s/ John M. Vrieze
                                         John M. Vrieze
                                         Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/26/10                     _____
                                    Honorable Nandor Vadas
                                    United States ~~District~~ Judge
                                              Magistrate

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
ON PLAINTIFFS' MOTION TO AMEND COMPLAINT**