

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JESSICA PARNELL AND MICHAEL R. JONES,<br>    Plaintiffs,<br>vs<br>COUNTY OF DEL NORTE, DEL NORTE SHERIFF'S OFFICE, DEL NORTE COUNTY DRUG TASK FORCE, DEAN WILSON, STEVE MORRIS, SETH CIMINO, JOE GARCIA, MIKE HENDERSEN and Does 1-10 | Case No.: C 09-04074 NJV<br><br>REQUEST & CONFIRMATION OF FURTHER SETTLEMENT CONFERENCE WITH JUDGE JAMES LARSON |

On August 4, 2010, a settlement conference was held in the above-referenced case which did not result in a resolution. At the close of the conference the Plaintiffs' were instructed to contact Judge Larson directly to schedule a further settlement conference in the event a settlement agreement could not be reached.

Plaintiffs have requested a further settlement conference with Judge Larson; and counsel for Plaintiffs along with counsels for the Defendants have all agreed upon the date of February 16, 2011 at 2pm for that purpose.

DATED: December 14, 2010                        Respectfully Submitted,

                                                              /s/ Karen Olson
                                                              Karen D. Olson,
                                                              Attorney for Plaintiffs