John M. Vrieze, CSB #115397
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
County of Del Norte, Sheriff Wilson
Deputy Cimino, Sergeant Morris &
Mike Henderson

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA PARNELL and MICHAEL R. JONES,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF DEL NORTE; DEL NORTE COUNTY SHERIFF'S OFFICE; DEAN WILSON; STEVE MORRIS; SETH CIMINO; JOE GARCIA; MIKE HENDERSON and DOES 1 through 10, Inclusive,<br><br>    Defendants. | CASE NO.: C 09-04074 NJV<br><br>**STIPULATED ORDER OF DISMISSAL** |

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0
**STIPULATED ORDER OF DISMISSAL**

IT IS STIPULATED by and between plaintiffs, JESSICA PARNELL and MIKE R. JONES, an individual, by and through their attorney, Karen Olson, and the COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; DEAN WILSON, an individual, SETH CIMINO, an individual, STEVE MORRIS, an individual, MIKE HENDERSON, an individual, by and through their attorneys, the Law Offices of Mitchell, Brisso, Delaney & Vrieze, LLP, and JOE GARCIA, an individual, by and through his attorney, Jones & Dyer, subject to approval of the Court as follows:

1) All claims presented by the Complaint and First Amended Complaint of plaintiffs JESSICA PARNELL and MIKE R. JONES in the above-entitled matter shall be dismissed with prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2) All parties to bear their own costs and attorneys' fees.

DATED: 01/07/11 /s/ KAREN OLSON
Karen Olson
Attorneys for Plaintiffs

DATED: 01/07/11 MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: /s/ JOHN M. VRIEZE
John M. Vrieze
Attorneys for Defendants
County of Del Norte, Sheriff Wilson
Deputy Cimino, Sergeant Morris &
Mike Henderson

DATED: 01/07/11 JONES & DYER

By: /s/ SCOTT CAVANAUGH
Scott Cavanaugh
Attorneys for Defendant Joe Garcia

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
**STIPULATED ORDER OF DISMISSAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**

DATED:  _1/13/11                  _____
                                  Honorable Judge Nandor J. Vadas

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
**STIPULATED ORDER OF DISMISSAL**